UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> INVIGORATING SERVICES, LLC; ERIN L. MUSHEKURU; and ARMEL MUSHEKURU, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-CV-86-KEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Acting Secretary"), hereby moves this Court for entry of the Proposed Consent Judgment against Defendants Invigorating Services, LLC and Erin L. Mushekuru, and Armel Mushekuru, individually, (collectively "Defendants").

In support of this Motion, the Acting Secretary states that Defendants have consented to the entry of this Judgment.

WHEREFORE, Defendants having consented to the entry of Judgment against them, the Acting Secretary respectfully requests that this Court enter the proposed Consent Judgment submitted concurrently with this Motion.

**Dated: March 5, 2024**

| | |
|---|---|
| **SEEMA NANDA** <br> Solicitor of Labor <br><br> **CHRISTINE Z. HERI** <br> Regional Solicitor | ___/s/ Jeffrey Mendoza_____ <br> **JEFFREY MENDOZA** <br> Trial Attorney <br> Missouri Bar No. 69233 |

1

| | |
|---|---|
| **EVERT H. VANWIJK**<br>Associate Regional Solicitor | OFFICE OF THE SOLICITOR<br>U.S. DEPARTMENT OF LABOR<br>2300 Main Street \| Suite 10100<br>Kansas City, MO 64108<br>(816) 285-7271 (Direct)<br>(816) 285-7287 (Fax)<br>*Mendoza.Jeffrey@dol.gov*<br><br>*Attorneys for the Plaintiff Julie A Su,*<br>*Acting Secretary of Labor,*<br>*United States Department of Labor* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via email to the following Parties:

Armel Mushekuru
4080 1st Avenue NE,
Suite 102
Cedar Rapids, Iowa 52402
amushekuru@invigoratingservices.com
319-202-4324

Erin Mushekuru
4080 1st Ave NE,
Suite 102
Cedar Rapids, Iowa 52402
emushekuru@invigoratingservices.com
319-382-2188

*Defendants*

/s/ Jeffrey Mendoza