# UNITED STATES DISTRICT COURT

for the

Northern    District of    Iowa

JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,

*Plaintiff*

v.

ERIN L. MUSHEKRUR, ARMEL MUSHEKURU, and INVIGORATING SERVICES, LLC,

*Defendants*

)
)
)
)
)
)

Civil Action No.    23-CV-00086-CJW-KEM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Judgment is entered in accordance with the attached Consent Order and Judgment
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by   Chief Judge C.J. Williams _____ on a motion for   Entry of Consent Order and Judgment _____ .

Date:    03/15/2024

*PAUL DE YOUNG, CLERK OF COURT*

APPROVED AS TO FORM:

By: /s/ des, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*

C. J. Williams, Chief Judge
United States District Court